# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Metropolitan Life Insurance Company, | No. CV-14-08056-PCT-NVW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Mark R. Hine, | |
| And | |
| The Chapel of the Crowned King | |
| Defendants. | |

Pursuant to the Stipulation of the parties (Doc. 43),

IT IS ORDERED, ADJUDGED, AND DECREED that:

A. Of the principal sum of $197,300.00 deposited with the Court in this interpleader action, the Clerk shall distributed $153,860.00 to Defendant The Chapel of the Crowned King and $43,440.00 to Defendant Mark R. Hine.

B. Of the remaining monies held by the Court, which are interest on the principal sum deposited, the Clerk shall distribute 70% to Defendant The Chapel of the Crowned King and 30% to Defendant Mark R. Hine.

C. The distributions to The Chapel of the Crowned King shall be made payable to "Mueller & Drury, P.C. Trust Account," and the distributions to Defendant Mark R. Hine shall be made payable to "Buchalter Nemer Trust Account." The distributions shall be sent to the respective attorneys of record for each Defendant.

D.  Defendant The Chapel of the Crowned King and Defendant Mark R. Hine are each hereby released from any and all claims against each other and shall have no liability to the other by reason of anything occurring prior the signing of the Stipulation.

E.  Upon distribution of the proceeds as provided in this Judgment, the Clerk shall terminate this case.

Dated this 22nd day of January, 2015.

Neil V. Wake
United States District Judge

- 2 -